# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No.: 1:23-cv-01087

| | |
|---|---|
| TAL JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>PFEIFFER UNIVERSITY, DR. SUSAN BLAIR, DR. ELIZABETH FAIN, and DR. CHRISTOPHER BOE,<br><br>    Defendants, | **JOINT NOTICE OF MEDIATOR SELECTION** |

The Parties jointly select Colleen L. Byers as the mediator in this action. The Parties will confer with the Mediator to schedule the mediation late in the discovery period as contemplated by ECF No. 27.

Respectfully submitted April 4, 2025

*/s/ Carson D. Schneider*

Marc E. Gustafson, N.C. State Bar No. 34429
Carson D. Schneider, N.C. State Bar No. 59953
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone:	704-227-0400
Facsimile:	704/227-0178
Email:	mgustafson@belldavispitt.com
	cschneider@belldavispitt.com

*Attorneys for Defendants*

*/s/J. Elliott Field*
J. Elliott Field
J. ELLIOTT FIELD, ATTORNEY-AT-LAW, PLLC
216 N. McDowell St., Ste. 100
Charlotte, NC 28204
(704) 334-3747
efieldjd@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on counsel for all parties who have made an appearance in this proceeding via the Court's CM/ECF filing system.

This the <u>4th</u> day of April, 2025.

<u>*/s/ Carson D. Schneider*</u>
Carson D. Schneider

3

Case 1:23-cv-01087-WO-JLW   Document 29   Filed 04/04/25   Page 3 of 3